UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-00061-AGF |
| ) | |
| JEFFERSON COUNTY SHERIFF ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's second motion for appointment of counsel, (Doc. No. 23), and his motion titled "Motion For a Court Order Polygraph Test." (Doc. No. 24). In his second motion for appointment of counsel, Plaintiff explains that he requires court-appointed counsel because he cannot afford to hire an attorney. In his motion for a court ordered polygraph test, Plaintiff asks the Court to order him and all Defendants to undergo a "polygraph test to help prove the truth on both my claims…." *Id*. at 1. He further requests the Court appoint counsel.

This Court has twice denied Plaintiff's request for appointment of counsel because Plaintiff demonstrated he could adequately present his claims and the factual and legal issues in this case are not unduly complex. (Doc. Nos. 6, 22). Plaintiff has provided information regarding his indigency, but even accepting his indigency, it still does not appear that appointment of counsel is warranted at this time. Furthermore, the Court will not order the parties to undergo a polygraph test. *See Elston v. Pollard*, No. 2:18-CV-19

RLW, 2019 WL 6050749, at *5 (E.D. Mo. Nov. 15, 2019) (denying *pro se* plaintiff's request for Court-ordered polygraph testing "because a polygraph is considered unreliable and inadmissible").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second motion for appointment of counsel is **DENIED without prejudice**.  (Doc. No. 23)

**IT IS FURTHER ORDERED** that Plaintiff's Motion For a Court Ordered Polygraph Test is **DENIED**.  (Doc. No. 24).

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 10th day of September, 2021.