UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE BELL,               ) | |
|                           ) | |
|    Plaintiff,    ) | |
|                           ) | |
| v.                        ) | No. 4:21-cv-00061-AGF |
|                           ) | |
| JEFFERSON COUNTY SHERIFF  ) | |
| DEPARTMENT, et al.,       ) | |
|                           ) | |
|    Defendants.   ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the record. On August 27, 2021, Defendants filed a motion to stay this case pending the resolution of two related criminal proceedings. (Doc. No. 20). Plaintiff, who is appearing pro se, has not responded to the motion and the time to do so has passed. Additionally, the Court notes the deadline to provide initial disclosures is September 20, 2021. (Doc. No. 18). The Court will stay the deadline and re-set it after Defendant's Motion to Stay is resolved.

Accordingly,

**IT IS HEREBY ORDERED** that on or before September 27, 2021, Plaintiff shall show cause why Defendants' Motion to Stay should not be granted.

**IT IS FURTHER ORDERED** that the deadline to provide initial disclosures is **STAYED** until the court has issued a ruling on the motion to stay.

                                    */s/ Audrey G. Fleissig*
                                  AUDREY G. FLEISSIG
                                  UNITED STATES DISTRICT JUDGE

Dated this 13th day of September 2021.