UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:21-cv-00061-AGF |
| | ) |
| JEFFERSON COUNTY SHERIFF DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion to lift the stay entered in this case and proceed to discovery. (Doc. No. 35). Plaintiff, acting *pro se*, brought this action pursuant to 42 U.S.C. § 1983, raising two claims of excessive force. The first claim relates to his arrest on June 20, 2020,[1] and the second relates to his arrest on November 15, 2020.[2] The Court previously stayed this case pending the final disposition of the state court criminal proceedings against Plaintiff in *State v. Bell*, No. 20JE-CR04996-01 (23rd

---

[1] Plaintiff has been charged with the following crimes arising out of his June 20, 2020 arrest: (1) stealing $25,000 or more; (2) resisting/interfering with arrest for a felony; and (3) property damage in the first degree. *See State v. Bell*, No. 20JE-CR04996-01 (23rd Jud. Cir. filed Mar. 22, 2021). His jury trial is set for January 3, 2022. *Id.*

[2] Plaintiff has been charged with the following crimes arising out of his November 15, 2020 arrest: (1) resisting/interfering with arrest for a felony; (2) stealing $750 or more; (3) tampering with a motor vehicle in the first degree; and (4) possession of a controlled substance except 35 grams or less of marijuana/synthetic cannabinoid. *See State v. Bell*, No. 20JE-CR04564 (23rd Jud. Cir. filed Apr. 27, 2021). His jury trial is set for January 3, 2022. *Id.*

Jud. Cir. filed Mar. 22, 2021) and *State v. Bell*, No. 20JE-CR04564 (23rd Jud. Cir. filed Apr. 27, 2021), followed by the final disposition of any appellate proceedings.

Plaintiff states that on October 19, 2021, he accepted a plea agreement in both of his criminal cases, and as such requests this Court lift the stay in this matter and rule on his previously filed motion for discovery. A review of the dockets in Plaintiff's criminal cases reveals that the matters are still pending. Although Plaintiff entered guilty pleas and was sentenced in both cases on October 19, 2021, a hearing on the pleas is scheduled for November 10, 2021.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to lift the stay in this matter is **DENIED** without prejudice, subject to refiling upon the completion of these cases and any appeals. (Doc. No. 35).

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 29th day of October, 2021.