# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JESSE BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-cv-00061-AGF |
| | ) |
| JEFFERSON COUNTY SHERIFF DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's fifth motion for appointment of counsel. (Doc. No. 48). Plaintiff requests appointment of counsel due to his mental conditions of post-traumatic stress disorder and depression. This Court has denied Plaintiff's request for appointment of counsel four times because Plaintiff demonstrated he could adequately present his claims and the factual and legal issues in this case are not unduly complex. (Doc. Nos. 6, 22, 26, 44). It does not appear that appointment of counsel is warranted at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's fifth motion for appointment of counsel is **DENIED without prejudice**. (Doc. No. 48).

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2022.