UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-cv-00061-AGF |
| | ) |
| JEFFERSON COUNTY SHERIFF DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion titled "Motion to Suppress/Release/Bring forward all evidence." (Doc. No. 51). In his motion, Plaintiff appears to request certain discovery including 1) any video recordings made by the Jefferson County Sheriff's Office of Plaintiff's arrests on June 20, 2020 and November 15, 2020, 2) the accident and towing reports related to Plaintiff's arrests, 3) testimony from individuals "that work for Ives Towing, Hillsboro, MO", 4) clarification from Festus Memorial Hospital staff involved in treating Plaintiff on November 15, 2020 in regards to "falsified information," 5) unredacted copies of "Disclosure Reports", 6) testimony from Officer Gearon, Officer Rosner, and Officer Read related to Plaintiff's arrests, 7) information about the impounding of Plaintiff's vehicle, and 8) Plaintiff's mental health records from the Jefferson County Jail and Department of Corrections. *Id*. Defendants filed no response and the time to do so has passed.

Accordingly,

- 2 -

**IT IS HEREBY ORDERED** that Defendants shall show cause why Plaintiff's motion for evidence should not be granted by **June 13, 2022**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 7th day of June, 2022.