UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:21-cv-00061-AGF |
| | ) |
| JEFFERSON COUNTY SHERIFF | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's *pro se* motion for prepaid postage. (Doc. No. 50). Plaintiff states that he has received a request for production from Defendants and requests "[prepaid] postage for 150 pages for completed forms and Hospital Records." *Id*. Plaintiff further explains that he is indigent and only receives $2.50 a month while incarcerated. Plaintiff has not provided the Court with a copy of the requests for production or his inmate account statement,[1] so it cannot verify Plaintiff's claim that he requires postage. Moreover, the Court does not provide postage for indigent parties. Postage for indigent inmates for their legal mail is typically provided by the facility at which they are incarcerated. *See Smith v. Erickson*, 884 F.2d 1108, 1111.

Accordingly,

---

[1] Plaintiff filed a copy of his inmate account statement on January 15, 2021, when he initially brought this case. The account indicated that Petitioner had $60.85 in his account at the time. (Doc. No. 4-1). However, a review of the account reveals Petitioner typically received far more than $2.50 a month in his account. For example, in December of 2020, $1,450.00 was deposited in Petitioner's account. *Id*.

**IT IS HEREBY ORDERED** that Plaintiff's motion for prepaid postage is **DENIED**.  (Doc. No. 50).

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of June, 2022.