# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JESSE BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21-cv-00061-AGF ) |
| JEFFERSON COUNTY SHERIFF DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the record. On June 30, 2022, the Court ordered Defendants to file a response stating whether any officers testified at Plaintiff's underlying criminal trials and, if so, whether a transcript of their testimony was made and will be produced by Defendants within seven days. (Doc. No. 57). Defendants filed no response and the time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** Defendants shall file a response stating whether any of the officers testified at trial and if so, whether a transcript of their testimony was made and will be produced by Defendants within **five days** of the date of this order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2022.