UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE A. BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:21-cv-00061-AGF |
| CHRISTOPHER GEARON, et. al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of Plaintiff's letter to the Court, in which Plaintiff asks for information regarding the status of his subpoena to Mr. Belt for a home security video. (Doc. No. 86). The Court is willing to issue the subpoena and have it served by the Marshals, but notes that Plaintiff did not provide any date and time for compliance with the subpoena. *See* (Doc. No. 70-1).

Furthermore, in the proposed subpoena, Plaintiff provided the address of the courthouse as the place where the video should be produced. This is not acceptable. The Court cannot accept discovery on Plaintiff's behalf. Instead, Plaintiff must designate the address and provide a means by which he may receive the video at his detention in Ozark Correctional Center, including both the format in which he will receive the video and a description of how he will receive the video at his prison, or Plaintiff must designate another address at which the video should be produced.

The Court additionally reminds Plaintiff that his requested video will not be admissible as evidence if it is not authenticated. Plaintiff is therefore directed to request in his subpoena to Mr. Belt that Mr. Belt also provide a declaration or affidavit attesting to the fact that the video is a true and correct copy of a video taken by Mr. Belt on November 15, 2020 from 5:00 through 5:30 p.m. *See* FED. R. EVID. 901(b)(1).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall promptly provide the address at which the video should be produced, including the means by which he will receive the video at his prison. Plaintiff shall also specify the format in which the video shall be produced. The Court will provide that production take place twenty-one days after the date on which the subpoena is issued.

Dated this 1st day of December, 2022.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE